UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GC RIEBER SALT AS,

    Plaintiff,

- against -

ZODIAC SHIPPING LTD.,

    Defendant.
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

    NONE.

Dated: May 21, 2008
   Southport, CT

        The Plaintiff,
        ZODIAC SHIPPING LTD.,

        By: _____
        Charles E. Murphy
        LENNON, MURPHY & LENNON, LLC
        The Gray Bar Building
        420 Lexington Avenue, Suite 300
        New York, NY 10170
        (212) 490-6050 - phone
        (212) 490-6070 - fax
        cem@lenmur.com