CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GC RIEBER SALT AS,

                Plaintiff,                08-CV-4765

        v.                              **NOTICE OF**
                                        **APPEARANCE**

ZODIAC SHIPPING LTD,

                Defendants.
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       June 17, 2008

                                          CLARK, ATCHESON & REISERT
                                          Attorneys for Garnishee
                                          Societe Generale New York Branch

        By:     _____
                                          Richard J. Reisert (RR-7118)
                                          7800 River Road
                                          North Bergen, NJ 07047
                                          Tel: (201) 537-1200
                                          Fax: (201) 537-1201
                                          Email: reisert@navlaw.com